UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/5/2021
```

ALEXANDER GERDING,

                        Plaintiff,

-against-

AMERICAN KENNEL CLUB aka AKC; NORTH AMERICA DIVING DOGS LLC aka NADD; MR. DOUG LJUNGREN; MR. DENNIS B. SPRUNG; MRS. DEBRA MARKWARDT,

                      Defendants.

21-CV-7958 (ALC)

ORDER OF SERVICE

**ANDREW L. CARTER, JR., United States District Judge:**

      Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action. The Clerk of Court is respectfully requested to issue summonses as to Defendants American Kennel Club; North America Diving Dogs LLC; Doug Ljungren; Dennis B. Sprung; and Debra Markwardt (collectively, "Defendants"). Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute. The Clerk of Court is directed to mail a copy of this Order to Plaintiff, together with an information package.

**SO ORDERED.**

Dated:  Oct. 5, 2021
          New York, New York

                                                  ANDREW L. CARTER, JR.
                                                  United States District Judge