UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/7/2021
```

ALEXANDER GERDING,

                        Plaintiff,

-against-

AMERICAN KENNEL CLUB aka AKC; NORTH AMERICA DIVING DOGS LLC aka NADD; MR. DOUG LJUNGREN; MR. DENNIS B. SPRUNG; MRS. DEBRA MARKWARDT,

                        Defendants.

21-CV-7958 (ALC)

**ORDER GRANTING LEAVE TO AMEND**

**ANDREW L. CARTER, JR., United States District Judge:**

    Plaintiff, who is proceeding *pro se*, filed the complaint commencing this action on September 23, 2021. ECF No. 1. On October 5, 2021, this Court ordered the Clerk of Court to issue summonses to Defendants and directed Plaintiff to serve summons and the Complaint within 90 days of issuance of the summons. ECF No. 9. On the same day, Plaintiff submitted a letter to the Court requesting to amend the Complaint. Rule 15(a)(1)(A) of the Federal Rules of Civil Procedure permits a party to amend once as a matter of course within 21 days of serving its pleading. Plaintiff has not filed proof that any Defendant has yet been served.

    Accordingly, Plaintiff's request to amend the Complaint is **GRANTED**. Plaintiff is directed to serve the summons and the **Amended Complaint** on Defendants in accordance with the timing set forth in the Court's Order of Service dated October 5, 2021. ECF No. 9. The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated:   Oct. 7, 2021

        New York, New York

                                            ANDREW L. CARTER, JR.
                                            United States District Judge