| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: Nov. 30, 2021 |
| Alexander Gerding,<br><br>                                          **Plaintiff,**<br><br>    -against-<br><br>American Kennel Club, et al.,<br><br>                                          **Respondents.** | **21-CV-7958-ALC**<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

       The parties are **ORDERED** to submit another joint status report on or before **December 7, 2021** informing the Court on the status of whether all relevant exhibits have been appended to the Amended Complaint. The status report should also indicate whether the parties think they need additional assistance from the Court in resolving this issue.

**SO ORDERED.**

Dated:  Nov. 30, 2021
           New York, New York

                                                                    **ANDREW L. CARTER, JR.**
                                                                    **United States District Judge**