| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-----------------------------------------------------------x<br>Alexander Gerding,<br><br>                       Plaintiff,<br><br>          -against-<br><br>American Kennel Club, et al.,<br><br>                     Defendants.<br>-----------------------------------------------------------x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: Dec. 15, 2021<br><br>1:21-cv-7958-ALC<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will hold a status conference on **Friday, December 17, 2021 at 2:30PM Eastern Time**. All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

Dated:    Dec. 15, 2021
           New York, New York

                                                          The Hon. Andrew L. Carter, Jr.
                                                          United States District Judge