| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------x<br>Alexander Gerding,<br><br>                       **Plaintiff,**<br><br>                       -against-<br><br>American Kennel Club, et al.,<br><br>                       **Defendants.**<br>-------------------------------------------------------------x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: Dec. 17, 2021<br><br>1:21-cv-7958-ALC<br><br>**ORDER ADJOURNING STATUS<br>CONFERENCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

The status conference originally set for December 17, 2021 is hereby **ADJOURNED** until **Wednesday, December 29, 2021** at **3:00PM Eastern Time**. All parties shall appear and shall contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**    **Dec. 17, 2021**
             **New York, New York**

                                                  **The Hon. Andrew L. Carter, Jr.**
                                                  **United States District Judge**