USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/29/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------- x

**Alexander Gerding,**
                         **Plaintiff,**

                --against--

**American Kennel Club, et al.,**

                    **Defendants.**

------------------------------------------------------------------- x

**1:21-CV-7958-ALC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

In accordance with the status conference held in this case on December 29, 2021, it is hereby

**ORDERED** as follows:

- The AKC Defendants shall file their pre-motion conference letter(s) by **January 7, 2022**;

- Plaintiff shall respond to the pre-motion conference letter(s) by **January 21, 2022;**

- Any relief requested by the NADD Defendants in their December 9, 2021 letter (ECF No. 40) is **DENIED** as moot; and

- In light of the fact that no answer deadlines have lapsed, proceeding with the default process against any defendant at this time would be improper. Accordingly, the Clerk of Court is respectfully directed to strike ECF Nos. 42 and 43 and maintain the summary docket text for the record.

**SO ORDERED.**

**Dated**: December 29, 2021

      New York, New York

_____
**Andrew L. Carter, Jr.**
**U.S. District Judge**