| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: Jan. 7, 2022 |
| **ALEXANDER GERDING**,<br><br>                                                     **Plaintiff,**<br><br>           **against**<br><br>**AMERICAN KENNEL CLUB, ET. AL.,**<br><br>                                                     **Defendants.** | 1:21-CV-7958-ALC<br><br><u>**ORDER GRANTING LEAVE TO SUBMIT EXHIBITS**</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

I have received Plaintiff Alexander Gerding's letter dated January 4, 2022 seeking leave of court to submit the video exhibits referenced in the Amended Complaint to the Court. *See* ECF No. 49. Upon review of the submission, the request is hereby **GRANTED**. Mr. Gerding is directed to deliver a copy of the exhibits to my Chambers within **fourteen (14) days** of the date this Order is issued.

**SO ORDERED.**

**Dated**:  January 7, 2022
            New York, New York

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**