```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/25/2022

-------------------------------------------------------x

**ALEXANDER GERDING**,

                **Plaintiff**,

           -against-

**AMERICAN KENNEL CLUB, ET AL.**,

**1:21-CV-7958 (ALC)**

<u>**ORDER GRANTING PRE-MOTION CONFERENCE**</u>

-------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' pre-motion conference letters concerning the NADD Defendants' and AKC Defendants' anticipated motions to dismiss. ECF Nos. 46, 48, 51-52. Upon review of the submissions, the request for a pre-motion conference is hereby **GRANTED**.

The Court will hold the conference on **February 2, 2022 at 12:00PM Eastern Time**. All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**   1/25/2022
        **New York, New York**

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**