

**CHIESA SHAHINIAN & GIANTOMASI PC**

11 TIMES SQUARE, 34TH FLOOR
NEW YORK, NY 10036

csglaw.com

**DANIEL D. BARNES**
dbarnes@csglaw.com
(O) 973.530.2097
(F) 973.530.2297

January 28, 2022

**_Via ECF AND EMAIL_**
The Honorable Andrew L. Carter, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007
ALCarterNYSDChambers@nysd.uscourts.gov

Re:   Alexander Gerding v. American Kennel Club, et al.
      Civil Action No.: 1:21-cv-07958 (ALC)

Dear Judge Carter:

This firm represents Defendants North American Diving Dogs ("NADD") and Debra Markwardt (collectively, "the NADD Defendants") in the above captioned action. We write with respect to the upcoming pre-motion conference concerning the NADD Defendants and the American Kennel Club ("AKC") Defendant's anticipated motions to dismiss (ECF Nos. 46, 48. 51-52), currently scheduled for February 2, 2022.

<u>With the consent of all parties</u>, the NADD Defendants respectfully request an adjournment of the pre-motion conference. Unfortunately, I am committed to conducting a deposition on February 2, 2022 in a matter currently scheduled for a March 14, 2022 trial. Counsel for AKC asked that I advise the Court that he is on trial on February 11 and 17, 2022. Plaintiff Pro Se asked that I advise the Court that he is available any day after February 11, 2022.

We thank Your Honor for your attention to this matter.

Respectfully submitted

/s/ *Daniel D. Barnes*

Daniel D. Barnes

c:   Alexander Gering via electronic mail (Gerding45@gmail.com)
     All Counsel of Record (via electronic filing)

---

**NEW JERSEY**                                                          **NEW YORK**

4856-0843-2651.v1