UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER GERDING,<br><br>                Plaintiff,<br><br>v.<br><br>AMERICAN KENNEL CLUB AKA AKC, NORTH AMERICA DIVING DOGS LLC AKA NADD, MR. DOUG LJUNGREN, MR. DENNIS B. SPRUNG, MRS. DEBRA MARKWARDT<br><br>                Defendants. | No. 21-CV-07958-ALC<br><br>**ORDER CHANGING NAME OF DEFENDANT NORTH AMERICA DIVING DOGS LLC AKA NADD TO DLM CAPITAL, LLC IN THIS ACTION** |

      This matter having been submitted to the Court by Defendants North America Diving Dogs LLC n.k.a. DLM Capital, LLC and Debra Markwardt (collectively, "DLM Defendants"), by and through their attorneys, Chiesa Shahinian & Giantomasi PC, for the entry of an Order to Change the Name of Defendant North America Diving Dogs, LLC (a/k/a NADD) to "DLM Capital, LLC," to reflect NADD's new legal name, and for such other and further relief as the Court deems just and proper, and the Court having read and considered the papers submitted, and for good cause shown;

      **IT IS** on this __30__ day of __June__ 2023,

      **ORDERED** as follows:

      1.      The DLM Defendants' motion is granted.

      2.      The Clerk's Office is instructed to change Defendant North America Diving Dogs, LLC's name to "DLM Capital, LLC" in this action.

      3.      The Clerk and the parties are directed to identify DLM Capital, LLC as a Defendant in lieu of its prior legal name, North America Diving Dogs, LLC.

2

4. A copy of this Order shall be served upon Plaintiff Pro So by the DLM Defendants within __14__ days of entry.

_____
HON. ANDREW L. CARTER, U.S.D.J.