**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ALEXANDER GERDING,

                  Plaintiff,

-against-                                      21 **CIVIL** 7958 (ALC)

                                                          **JUDGMENT**

AMERICAN KENNEL CLUB aka AKC,
NORTH AMERICA DIVING DOGS LLC aka
NADD, MR. DOUG LJUNGREN, MR.
DENNIS B. SPRUNG, and MRS. DEBRA
MARKWARDT,

                  Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 18, 2023, Defendants Motions to Dismiss, ECF Nos. 59 and 60, is GRANTED in their entirety; Plaintiff is DENIED leave to amend his Complaint. Plaintiff's Motion to Compel Arbitration and Motion to Stay, and Defendants' Motion for Protective Order and Motion for Preliminary Injunction are DISMISSED as moot.

**Dated:**  New York, New York

       July 19, 2023

                                                         **RUBY J. KRAJICK**

                                                            Clerk of Court

                            **BY:**

                                                           **Deputy Clerk**