UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER GERDING,

                      *Plaintiff*,

-against-

AMERICAN KENNEL CLUB aka AKC, DLM CAPITAL, LLC, MR. DOUG LJUNGREN, MR. DENNIS B. SPRUNG, and MRS. DEBRA MARKWARDT,

                      *Defendants*.

1:21-cv-07958 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court denies Plaintiff's Motion for Reconsideration (ECF No.97). A full opinion will be issued soon.

**SO ORDERED.**

Dated: April 23, 2025
New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**